NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN REALTY CAPITAL ADVISORS OF SOUTHERN CALIFORNIA, a California Corporation,<br><br>Plaintiff;<br><br>vs.<br><br>KEVIN GAY, an individual; and ACL FARMS, INC, a Washington Corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 8:14-CV-00824 DOC (JCGx)<br><br>Honorable David O. Carter<br><br>**ORDER VACATING TRIAL DATE; ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION**<br><br>**Date: June 30, 2015**<br>**Time: 8:30 a.m.**<br>**Courtroom: 9-D** |

### ORDER

Pursuant to the terms of the parties' Stipulation for Entry of Judgment filed in this matter, and for good cause,

IT IS HEREBY ORDERED that:

1. All pre-trial dates are hereby vacated; The trial date shall remain on calendar.

2. An Order to Show Cause why this case should not be dismissed pursuant

1
[PROPOSED] ORDER VACATING TRIAL DATE; OSC RE DISMISSAL

1 | to the terms of the parties Stipulation for Entry of Judgment filed in this matter is set
2 | for: June 30, 2015 at 8:30 a.m. in Courtroom 9-D of this court.

4 | Dated: January 15, 2015        */s/ David O. Carter*
5 |                                          Judge of the United States District Court,
6 |                                          Central District of California